■ The People of the State of New York, Respondent, v Dennis Williams, Appellant. [46 NYS3d 782]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Maxwell Wiley, J.), rendered June 24, 2015, and said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Sweeny, Renwick, Moskowitz and Kapnick, JJ.

■ Hezi Torati et al., Respondents, v Veeda Vahabzadeh, Appellant. [46 NYS3d 861]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Shlomo S. Hagler, J.), entered on or about July 11, 2014, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated December 23, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Sweeny, Renwick, Moskowitz and Kapnick, JJ.